PUBLIX ASBURY CORP., INC., A CORPORATION, PLAINTIFF-APPELLANT, v. CITY OF ASBURY PARK, N. J., A MUNICIPAL CORPORATION, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued February 25, 1952—Decided February 29, 1952.

Before Judges McGeehan, Jayne and Wm. J. Brennan, Jr.

*Mr. Harry Green* argued the cause for appellant.

*Mr. Abraham Frankel* argued the cause for respondent.

PER CURIAM. The judgment of the Chancery Division is affirmed for the reasons stated in the opinion of Judge Leonard, which is reported at 18 *N. J. Super.* 286.